IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>) Civil Action No.: 4:13-cv-1961<br>vs. )<br>)<br>KELLEY PROPERTIES, LLC, KRISTY T. ) **CONSENT ORDER**<br>BAUCOM, ROBERT D. KELLEY, III, )<br>ZEAL, LLC, HARSHIL J. SHAH, PRANAY )<br>PAREKH, CHHAYA PAREKH, RAJAN GUPTA )<br>and MONICA GARG, )<br>)<br>Defendants. )<br>_____ ) | |

**THIS MATTER** coming on before the Honorable R. Bryan Harwell via telephone conference on February 20, 2014 and counsel for all parties consenting to the same, the Court orders as follows:

1. On December 13, 2013, Plaintiff served via U.S. Mail on Defendant Zeal, LLC, the following discovery:

    (a) Plaintiff's First Set of Interrogatories to Defendant Zeal, LLC;
    (b) Plaintiff's First Request for Production of Documents and Things to Defendant Zeal, LLC; and
    (c) Plaintiff's First Request for Admissions to Defendant Zeal, LLC.

2. Defendant Zeal, LLC will provide complete responses to Plaintiff's First Request for Production of Documents and Things to Defendant Zeal, LLC and Plaintiff's First Interrogatories to Defendant Zeal, LLC no later than March 6, 2014;

3. After counsel for Plaintiff has had sufficient time to review Defendant Zeal, LLC's responses to the discovery requests, the Parties may confer as to the necessity or lack thereof of extensions to the Conference and Scheduling Order; and

4. Defendant Zeal, LLC will file and serve its Rule 26(a)(1) Initial Disclosures no later than March 6, 2014.

**AND IT IS SO ORDERED.**

This ~~21st day of February~~ March 5, 2014.

_____
Honorable R. Bryan Harwell

**WE CONSENT:**

**GRAY, LAYTON, KERSH,
SOLOMON, FURR & SMITH, P.A.**

By: _____
Ted F. Mitchell
District Bar No. 9831
Post Office Box 2636
Gastonia, North Carolina 28053-2636
Telephone: 704-865-4400
Facsimile: 704-866-8010
Email: tmitchell@gastonlegal.com

*Attorneys for Plaintiff,
Choice Hotels International, Inc.*

**AIKEN BRIDGES ELLIOTT
TYLER & SALEEBY, P.A.**

By: _____
Saunders M. Bridges, Jr.
District Bar No. 1472
181 E. Evans Street, Suite 409
P. O. Drawer 1931
Florence, South Carolina 29506
Telephone: (843) 669-8787
Facsimile: (843) 664-0097
Email: smb@aikenbridges.com

*Attorneys For Defendants Kelley
Properties, LLC, Kristy T. Baucom, and
Robert D. Kelley, III*

**MOORE, TAYLOR & THOMAS, P.A.**

By: _____
S. Jahue Moore, Sr.
District Bar No. 3120
1700 Sunset Blvd.
P.O. Box 5709
West Columbia, South Carolina 29171
Telephone: 803-796-9160
Email: jake@mttlaw.com

*Attorneys for Defendants Zeal, LLC,
Harshil J. Shah, Pranay Parekh, Chhaya
Parekh, Rajan Gupta, and Monica Garg*